IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONE VODKA LLC *et al.*, | : | |
|     *Plaintiffs* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REDEMPTION SPIRITS, LLC *d/b/a* | : | |
| AMERICAN SPIRITS EXCHANGE LTD., | : | No. 21-2654 |
|     *Defendant* | : | |

## ORDER

AND NOW, this 29th day of December, 2021, upon consideration of Defendant's Motion to Dismiss (Doc. No. 25), Plaintiffs' Response in Opposition (Doc. No. 29), and the oral argument held on October 14, 2021, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 25) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1